THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Calvin Pace, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Edgefield County
 Diane Schafer Goodstein, Post-Conviction Relief Judge

Memorandum Opinion No. 2008-MO-045
Submitted November 6, 2008  Filed
 November 10, 2008   
DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General 
 Salley W. Elliott, and Assistant Attorney General Daniel E. Grigg,
 all of the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:    In this post-conviction relief (PCR) matter, petitioner seeks a
 writ of certiorari to review the PCR judges order dismissing his PCR
 application and finding he is entitled to a belated review of his direct appeal
 issues.  
The petition is denied as to petitioners Question II.  However, because
 there is sufficient evidence to support the PCR judges ruling that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant the petition for a writ of certiorari as to petitioners Question I,
 dispense with further briefing, and proceed with a review of the direct appeal
 issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
Counsel for petitioner has filed a brief pursuant to Anders v.
 California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and a
 petition to be relieved as counsel.  Petitioner has not filed a pro se response.  After a thorough review of the record pursuant to Anders, we
 dismiss the appeal and grant the petition to be relieved as counsel.
DISMISSED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.